

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven H. Lucore, Sr; Judy L. Lucore<br><br>**Plaintiff,**<br><br>V.<br><br>Michael D. Zeff, an individual; Rosenthal, Withem & Zeff; Nationstar Mortgage, LLC; Does 2-10 inclusive<br><br>**Defendant.** | **Civil Action No.** 15cv0910-JLS-MDD<br><br>**JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the Zeff Defendants' Motion to Dismiss, grants Defendant Nationstar's Motion to Dismiss, and dismisses with prejudice Plaintiffs' Third Amended Complaint. Additionally, the Court denies Plaintiffs' Motion to Amend.

Date: 2/26/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano

M. Lozano, Deputy